**Order entered August 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01079-CR

**HENRY ANDRE WINZER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-00334-422-F**

# ORDER

We **DENY** appellant's May 19, 2015 motion to supplement appellate record.


/s/      ELIZABETH LANG-MIERS
          JUSTICE